EXHIBIT A



República Argentina - Poder Ejecutivo Nacional
Las Malvinas son argentinas

**Nota**

**Número:** NO-2022-62095771-APN-DAJI#MRE

CIUDAD DE BUENOS AIRES
Martes 21 de Junio de 2022

**Referencia:** URGENTE- CIVIL - SCARPELLI LUCELIA C/ GRAND CIRCLE ARGENTINA SRL Y OTROS S/ DESPIDO- CARPE 695/2022- EX-2022-37630332- -APN-DGD#MRE

**A:** (C -U) Autoridad Central de Estados Unidos (OIJA@usdoj.gov),

**Con Copia A:**

_____

**De mi mayor consideración:**

Tengo el agrado de dirigirme a Ud. con el objeto de remitirle un exhorto librado por el Juzgado Nacional del Trabajo N° 46 de la Ciudad Autónoma de Buenos Aires, República Argentina, en los autos caratulados **"SCARPELLI LUCELIA C/ GRAND CIRCLE ARGENTINA SRL Y OTROS S/ DESPIDO" (Expte. N° 62893/2017)**, a los fines de su diligenciamiento de estilo en los Estados Unidos de América.

La Rogatoria, librada en los términos del Convenio de 18 de marzo de 1970 sobre la Obtención de Pruebas en el Extranjero en materia Civil y Comercial, tiene por objeto solicitar prueba a VANTAGE TRAVEL.

Se solicita que una vez diligenciada la misma sea remitida a esta Autoridad Central al correo institucional cooperacion-civil@mrecic.gov.ar, a los fines de su posterior devolución al Juzgado exhortante.

Se remite un (1) archivo embebido. Para poder visualizarlo es necesario descargar la nota, y sobre el margen izquierdo, seleccionar el símbolo de clip, allí se desplegará el archivo embebido. Se sugiere abrir la nota desde el programa Adobe Reader.

JUN 2 1 2022

CIV-189-44-22-79

OQM

Sin otro particular saluda atte.

Digitally signed by Gestion Documental Electronica
Date: 2022.06.21 12:18:39 -03:00

Aldana Rohr
Directora
Dirección de Asistencia Jurídica Internacional
Ministerio de Relaciones Exteriores, Comercio Internacional y Culto

Digitally signed by Gestion Documental
Electronica
Date: 2022.06.21 12:18:40 -03:00

**TRADUCCIÓN PÚBLICA / SWORN TRANSLATION**-----------------------------

*[Argentine Coat of Arms]*----------------------------------------------------------
660----------------------------------------------------------------------------------

**National Judicial Branch**-------------------------------------------------------

**NATIONAL EMPLOYMENT COURT OF FIRST INSTANCE No. 46**----------------

*[Round seal: National Employment Court of First Instance No. 46]*------------------

City of Buenos Aires, September 16, 2021----------------------------------------------

FROM: JUDGE MARÍA ELVIRA ROSÓN, PRESIDING NATIONAL EMPLOYMENT COURT No. 46, SOLE CLERK'S OFFICE, OF THE CITY OF BUENOS AIRES, ARGENTINE REPUBLIC------------------------------------------

TO: THE JUDGE WITH SUBJECT MATTER AND TERRITORIAL JURISDICTION IN THE CITY OF BOSTON, SUFFOLK COUNTY, MASSACHUSETTS, UNITED STATES OF AMERICA--------------------------------------------------------------

I am issuing this letter rogatory in connection with the case captioned "SCARPELLI, LUCELIA v. GRAND CIRCLE ARGENTINA S.R.L. et al in re TERMINATION" (Case File No. 62.893/17) filed with this National Employment Court No. 46 of the City of Buenos Aires, sole clerk's office, under the charge of atty Gustavo Fabián Quintana, located at Lavalle 1268, 5th Floor. With respect to the referenced case, I hereby request **VANTAGE TRAVEL**, headquartered at 90 Canal Street, Boston, Suffolk County, Massachusetts 02114-2031, United States of America, to report whether it maintained any kind of employment relationship with Ms. Lucelia Scarpelli, Argentine Identity Document No. 30.035.597. If this is the case, please indicate: (i) whether she was under an employment relationship with Vantage Travel; if so, specify (a) employment start and end dates, (b) type of contract (fixed-term, seasonal, temporary), and (c) working days, or (ii) whether she provided services as an independent contractor, in which case specify (a) since when she provided the services, particularly if she rendered them from September 2008 through December 2017, (b) a description of the services, and (c) the services start and end dates. If none of the above occurred, please state the nature and extent of the relationship with Ms. Scarpelli.----------------------------------------

This letter rogatory is issued consistent with Law No. 23.480 (approving the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters adopted in The Hague on March 18, 1970 by The Hague Conference on Private International Law.)--------------

In compliance with the requirements set forth in Law No. 23.480, I hereby state as follows:-------------------------------------------------------------------------

**1. PLAINTIFF: LUCELIA SCARPELLI**, domiciled at Avenida Corrientes 5239, 9th Floor, Suite "F," City of Buenos Aires, Argentine Republic.------------------------------

**2. DEFENDANTS:**-----------------------------------------------------------------

**a) GRAND CIRCLE ARGENTINA S.R.L.**, headquartered at Carlos Pellegrini 635, 3rd Floor, City of Buenos Aires, Argentine Republic.-----------------------------------------

1

OLINI
UBLICA
ES
CAP. FED
NRO. 74

LARA
TRADUC'
IDIO'
T, T° XIX
CRIP. C.T

**b) GRAND CIRCLE CORPORATION,** headquartered at 347 Congress Street, Boston, Massachusetts, United States of America.------------------------------------------------------------

**c) GRAND CIRCLE LLC,** headquartered at 347 Congress Street, Boston, Massachusetts, United States of America.------------------------------------------------------------

**d) PABLO ALEJANDRO BIANCHI,** domiciled at Méndez de Andes 2055, City of Buenos Aires, Argentine Republic.------------------------------------------------------------

**e) MAGDALENA ZOROZA,** domiciled at Avenida Cramer 926, City of Buenos Aires, Argentine Republic.------------------------------------------------------------

**3. SUBJECT MATTER OF LAWSUIT:** An employment lawsuit seeking severance pay for constructive dismissal.------------------------------------------------------------

**4. AMOUNT OF LAWSUIT: USD 288,313.35** (two hundred and eighty-eight thousand three hundred and thirteen thousand US dollars and thirty-five cents.)-----------------------

**5. LEGAL PROCEDURE:** Court order to issue and process a letter rogatory to Vantage Travel requesting the company to report whether it maintained any kind of employment relationship with Ms. Lucelia Scarpelli, Argentine Identity Document No. 30.035.597, and, in that case, to indicate: (i) whether she was under an employment relationship with Vantage Travel; if so, specify (a) employment start and end dates, (b) type of contract (fixed-term, seasonal, temporary), and (c) working days, or (ii) whether she provided services as an independent contractor, in which case specify (a) since when she provided the services, particularly if she rendered them from September 2008 through December 2017, (b) a description of the services, and (c) the services start and end dates. If none of the above occurred, the company is requested to state the nature and extent of the relationship with Ms. Scarpelli.------------------------------------------------------------

The acting judge shall deliver the request for information to the relevant entity, which shall respond in writing within the reasonable term established for such purpose. The written response shall be signed by a representative officer of the entity. Failure to provide the requested information shall be sanctioned.------------------------------------------------------------

In its pertinent part, the court resolution ordering the letter rogatory states: "Buenos Aires, July 30, 2020 […] In light of the arguments presented, I hereby order the issuance of letters rogatory to Abercrombie & Kent, Furlong Incoming, Mail10, Oddyseys Unlimited, Vantage Travel, AFIP (defendant GRAND CIRCLE LLC) consistent with Sec. 84 of the Law of Record Subpoenas and Letters Rogatory and Sec. 398 of the Civil and Commercial Code of Procedure […] Signed by MARÍA ELVIRA ROSON (National Judge.)"------------------------------------------------------------

The following individuals are hereby authorized to issue the letter rogatory: Mariela del Carmen Caparrós (ID No. 24.623.440), María Clara Pujol (ID No. 29.942.591), Andrea Natalia Nalvanti (ID No. 31.090.521), Gonzalo Otero Mendiz (ID No. 32.701.035), Mariel Alejandra Cannuli (ID No. 31.012.598), Guillermo Urruti (ID No. 29.261.705), Gustavo Daniel Rubino (ID No. 35.325.838), Yanina Gisele Moyano (ID No. 33.748.384), Sofía Arfuch (ID No. 37.019.029), Agustín Luna García (ID No. 39.271.12) and Valentina Teisaire (ID No. 43.036.320), or whom they may appoint for such purpose.

2

IF-2022-37631820-APN-DAJI#MRE

MARÍA ELVIRA ROSON----------------------------------------------------------------
NATIONAL JUDGE------------------------------------------------------------------------

Signature not verified-----------------------------------------------------------------------
Digitally signed by MARÍA ELVIRA ROSON-------------------------------------------
Date: 2021.09.17 20:12:40 ART--------------------------------------------------------

*[Bar code and serial number follow]*.-----------------------------------------------------

I, LARA MUSCOLINI, AM COMPETENT TO TRANSLATE FROM SPANISH INTO
ENGLISH, AND CERTIFY THAT THE ABOVE IS A TRUE AND ACCURATE
TRANSLATION TO THE BEST OF MY ABILITIES FROM THE SPANISH ORIGINAL
DOCUMENT THAT I HAD BEFORE ME ON SEPTEMBER 29, 2021.--------------------

*[The below is inserted for administrative purposes of the Buenos Aires City Translators
Association]*.----------------------------------------------------------------------------------------

ES TRADUCCIÓN FIEL AL INGLÉS DEL DOCUMENTO ADJUNTO REDACTADO EN
ESPAÑOL, QUE HE TENIDO A LA VISTA. EN FE DE LO CUAL, ESTAMPO MI FIRMA Y
SELLO EN LA CIUDAD DE BUENOS AIRES, EL 29 DE SEPTIEMBRE, 2021. LA
TRADUCCIÓN CONSTA DE TRES PÁGINAS.-----------------------------------------------

LARA MUSCOLINI
TRADUCTORA PUBLICA
IDIOMA INGLES
MAT. T° XIX F° 368 CAP. FED.
INSCRIP. C.T.P.C.B.A. NRO. 7491

COLEGIO DE TRADUCTORES PUBLICOS
DE LA CIUDAD DE BUENOS AIRES
Corresponde a la Legalización
N° 60263/21
MATÍAS GERMÁN DUARTE

3



USCOLINI
ORA PUBLICA
A INGLES
:º 368 CAP. FED.
.C.B.A. NRO. 7491

IF-2022-37631820-APN-DAJI#MRE



## COLEGIO DE TRADUCTORES PÚBLICOS
## DE LA CIUDAD DE BUENOS AIRES

República Argentina
Ley 20305

# LEGALIZACIÓN

Por la presente, el COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES, en virtud de la facultad que le confiere el artículo 10 inc. d) de la ley 20305, certifica únicamente que la firma y el sello que aparecen en la traducción adjunta concuerdan con los correspondientes al/a la Traductor/a Público/a       MUSCOLINI, LARA
que obran en los registros de esta institución, en el folio       del Tomo       en el idioma

|  | 368 | 19 | INGLÉS |

Legalización número:   **60263**

Buenos Aires,   01/10/2021

SERGIO A. TERVASI
Jefe de Legalizaciones
Colegio de Traductores Públicos
de la Ciudad de Buenos Aires

ESTA LEGALIZACIÓN NO SE CONSIDERARÁ VÁLIDA SIN EL CORRESPONDIENTE
TIMBRADO DE CONTROL EN LA ÚLTIMA HOJA DE LA TRADUCCIÓN ADJUNTA

Control interno:   50438660263

50438660263

RE-2022-37631820-APN-DAJI#MRE

T 0286864

By virtue of the authority vested in the COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Buenos Aires Sworn Translators Association) by Argentine law No. 20 305 section 10(d), I hereby CERTIFY that the seal and signature affixed on the attached translation are consistent with the seal and signature on file in our records.

The Colegio de Traductores Públicos de la Ciudad de Buenos Aires only certifies that the signature and seal on the translation are genuine; it will not attest to the contents of the document.

THIS CERTIFICATION WILL BE VALID ONLY IF IT BEARS THE PERTINENT CHECK STAMP ON THE LAST PAGE OF THE ATTACHED TRANSLATION.

Vu par le COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordre des Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions qui lui ont été accordées par l'article 10, alinéa d) de la Loi n° 20.305, pour la seule légalisation matérielle de la signature et du sceau du Traductor Público (Traducteur Officiel) apposés sur la traduction du document ci-joint, qui sont conformes à ceux déposés aux archives de cette Institution.

LE TIMBRE APPOSÉ SUR LA DERNIÈRE PAGE DE LA TRADUCTION FERA PREUVE DE LA VALIDITÉ DE LA LÉGALISATION.

Il COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Ordine dei Traduttori abilitati della Città di Buenos Aires) CERTIFICA ai sensi dell'articolo 10, lettera d) della legge 20.305 che la firma e il timbro apposti sulla qui unita traduzione sono conformi alla firma e al timbro del Traduttore abilitato depositati presso questo Ente. Non certifica il contenuto della traduzione sulla quale la certificazione è apposta.

LA VALIDITÁ DELLA PRESENTE CERTIFICAZIONE È SUBORDINATA ALL'APPOSIZIONE DEL TIMBRO DI CONTROLLO DEL CTPCBA SULL'ULTIMA PAGINA DELL'ALLEGATA TRADUZIONE.

Por meio desta legalização, o COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Colégio dos Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições e em conformidade com o artigo 10, alínea "d", da Lei 20.305, somente reconhece a assinatura e o carimbo do Tradutor Público que subscreve a tradução em anexo por semelhança com a assinatura e o carimbo arquivados nos registros desta instituição.

A PRESENTE LEGALIZAÇÃO SÓ TERÁ VALIDADE COM A CORRESPONDENTE CHANCELA MECÂNICA APOSTA NA ÚLTIMA FOLHA DA TRADUÇÃO.

COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (Kammer der vereidigten Übersetzer der Stadt Buenos Aires). Kraft der Befugnisse, die ihr nach Art. 10 Abs. d) von Gesetz 20.305 zustehen, bescheinigt die Kammer hiermit lediglich die Übereinstimmung der Unterschrift und des Siegelabdruckes auf der beigefügten Übersetzung mit der entsprechenden Unterschrift und dem Siegelabdruck des vereidigten Übersetzers (Traductor Público) in unseren Registern.

DIE VORLIEGENDE ÜBERSETZUNG IST OHNE DEN ENTSPRECHENDEN GEBÜHRENSTEMPEL AUF DEM LETZTEN BLATT DER BEIGEFÜGTEN ÜBERSETZUNG NICHT GÜLTIG.



660

Poder Judicial de la Nación

## JUZGADO NACIONAL DE 1RA INSTANCIA DEL TRABAJO NRO. 46



Ciudad Autónoma de Buenos Aires, 16 de SEPTIEMBRE de 2021.

LA DRA. MARÍA ELVIRA ROSÓN, JUEZA A CARGO DEL JUZGADO NACIONAL DEL TRABAJO N°46, SECRETARÍA ÚNICA, DE LA CIUDAD AUTÓNOMA DE BUENOS AIRES, REPÚBLICA ARGENTINA.
AL SEÑOR JUEZ QUE CORRESPONDA CON JURISDICCIÓN Y COMPETENCIA EN LA CIUDAD DE BOSTON, CONDADO DE SUFFOLK, MASSACHUSETTS, ESTADOS UNIDOS DE AMÉRICA.
**SALUDA, EXHORTA Y HACE SABER:**

Que ante este Juzgado Nacional del Trabajo N°46, de la Ciudad Autónoma de Buenos Aires, Secretaría única, a cargo del Dr. Gustavo Fabián Quíntana, con asiento en Lavalle N° 1268, 5° piso, tramitan los autos caratulados **"SCARPELLI, LUCELIA C/ GRAND CIRCLE ARGENTINA S.R.L. Y OTROS S/ DESPIDO" (Expte. N° 62.893/17)**, en los cuales se ha dispuesto librar el presente a efecto de requerir a **VANTAGE TRAVEL** con domicilio en 90 Canal Street, Boston, Condado de Suffolk, Massachusetts 02114-2031, Estados Unidos de América, a fin de que informe si mantuvo algún tipo de vínculo con la Sra. Lucelia Scarpelli, Documento Nacional de Identidad argentino Nro. 30.035.597 y en caso afirmativo indique: (i) si se desempeña para vuestra compañía en relación de dependencia y en tal caso detalle (a) fecha de ingreso y egreso, (b) modalidad contractual (plazo fijo, temporada, eventual) y (c) jornada laboral o (ii) Si la Sra. Scarpelli provee servicios en forma independiente y en su caso detalle (a) desde que período le provee los mismos, indicando en particular si proveyó servicios durante el período comprendido entre septiembre de 2008 a diciembre de 2017 ambos inclusive, (b) cuál fue el servicio prestado, (c) la fecha de comienzo y finalización. Si no se dio ninguno de los supuestos anteriores, indique cuál fue el carácter de la vinculación habida con la Sra. Scarpelli y la duración de la misma.
El presente exhorto se libra de conformidad con lo previsto en la Ley 23.480 (que aprueba la Convención sobre obtención de pruebas en el extranjero en materia civil o comercial adoptada en la Ciudad de La Haya el 18/03/1970 por la Conferencia de La Haya en Derecho Internacional Privado).
Que, en cumplimiento de los recaudos dispuestos por dicha normativa, señalo lo siguiente:

**1. PARTE ACTORA: LUCELIA SCARPELLI** con domicilio real en Avenida Corrientes 5.239, piso 9°, departamento "F", Ciudad Autónoma de Buenos Aires, República Argentina.
**2. PARTE DEMANDADA:**

MINISTERIO DE RELACIONES EXTERIORES
COMERCIO INTERNACIONAL Y CULTO
MESA DE ENTRADAS

ENTRADA         SALIDA

2 1 OCT 2021

N° 2695   10:41 HS RCD

IF-2022-37631820-APN-DAJI#MRE



LA
TRAI
I
MAT. T`
INSCRIP

**a) GRAND CIRCLE ARGENTINA S.R.L.** con domicilio real en Carlos Pellegrini 635, piso 3°, Ciudad Autónoma de Buenos Aires, República Argentina.
**b) GRAND CIRCLE CORPORATION** con domicilio real en 347 Congress Street, Boston, Massachusetts, Estados Unidos de América.
**c) GRAND CIRCLE LLC** con domicilio real en 347 Congress Street, Boston, Massachusetts, Estados Unidos de América.
**d) PABLO ALEJANDRO BIANCHI** con domicilio real en Méndez de Andes 2055, Ciudad Autónoma de Buenos Aires, República Argentina.
**e) MAGDALENA ZOROZA** con domicilio real en Avenida Cramer 926, Ciudad Autónoma de Buenos Aires, República Argentina.
**3. OBJETO DEL JUICIO:** Se trata de un juicio de naturaleza laboral por cobro de indemnizaciones derivadas de un despido indirecto.

**4. MONTO DEL JUICIO: US$ 288.313,35** (dólares estadounidenses doscientos ochenta y ocho mil trecientos trece y treinta y cinco centavos de dólar).

**5. PROCEDIMIENTO A REALIZARSE:** Orden de libramiento y diligenciamiento de un oficio a Vantage Travel a fin de que informe si mantuvo algún tipo de vínculo con la Sra. Lucelia Scarpelli, Documento Nacional de Identidad argentino Nro. 30.035.597; y en caso afirmativo indique: (i) si se desempeña para vuestra compañía en relación de dependencia y en tal caso detalle (a) fecha de ingreso y egreso, (b) modalidad contractual (plazo fijo, temporada, eventual) y (c) jornada laboral o (ii) Si la Sra. Scarpelli provee servicios en forma independiente y en su caso detalle (a) desde que periodo le provee los mismos, indicando en particular si proveyó servicios durante el período comprendido entre septiembre de 2008 a diciembre de 2017 ambos inclusive, (b) cuál fue el servicio prestado, (c) la fecha de comienzo y finalización. Si no se dio ninguno de los supuestos anteriores, indique cuál fue el carácter de la vinculación habida con la Sra. Scarpelli y la duración de la misma. El Juez interviniente deberá remitir el pedido de informes a la entidad requerida, la cual deberá responder por escrito en el plazo prudencial que se fije a tal efecto. La respuesta escrita deberá estar firmada por funcionario representante de la entidad. El incumplimiento del requerimiento de informes deberá ser debidamente sancionado.
La resolución que ordena la medida en su parte pertinente expresa: *"Buenos Aires, 30 de julio de 2020 (...) En atención los argumentos esgrimidos, líbrense los oficios dirigidos a Abercrombie & Kent, Furlong Incoming, Mai10, Oddyseys Unlimited, Vantage Travel, AFIP (demandada GRAND CIRCLE LLC), de acuerdo a los dispuesto en los arts. 84 LO y 398 CPCCN (...) Fdo. MARIA ELVIRA ROSON (JUEZA NACIONAL)".*
Quedan autorizados a diligenciar el presente oficio a los Dres. Mariela del Carmen Caparrós D.N.I. N°24.623.440, María Clara Pujol D.N.I. N°29.942.591, Andrea Natalia Nalvanti D.N.I. N°31.090.521, Gonzalo Otero Mendiz D.N.I. N°32.701.035, Mariel Alejandra Cannuli D.N.I. N°31.012.598, Guillermo Urruti D.N.I. N°29.261.705, Gustavo Daniel Rubino D.N.I. N°35.325.838, Yanina Gisele Moyano D.N.I. N°33.748.384, Sofia Arfuch





660

Poder Judicial de la Nación

JUZGADO NACIONAL DE 1RA INSTANCIA DEL TRABAJO
NRO. 46

D.N.I. N°37.019.029, Agustín Luna García D.N.I. N°39.271.12 y a la Sra. Valentina Teisaire D.N.I N°43.036.320, y/o a quienes éstos designen.

MARIA ELVIRA ROSON
JUEZA NACIONAL

Signature Not Verified
Digitally signed by MARIA ELVIRA
ROSON
Date: 2021.09.17 20:12:40 ART

IF-2022-37631820-APN-DAJI#MRE



#30467596#304342228#20210916100119925

A MUS(
UCTORA
IOMA IN(
XIX F° 36(
C.T.P.C.B.

IN



706

Poder Judicial de la Nación

JUZGADO NACIONAL DE 1RA INSTANCIA DEL TRABAJO
NRO. 46



OFICIO JUDICIAL

Buenos Aires, 17 de marzo de 2022.

Señores MINISTERIO DE RELACIONES EXTERIORES,
COMERCIO INTERNACIONAL Y CULTO
DE LA REPÚBLICA ARGENTINA
Esmeralda 1212, C.A.B.A.
S / D

 Tengo el agrado de dirigirme a Usted en los autos caratulados
*"SCARPELLI, LUCELIA C/ GRAND CIRCLE ARGENTINA S.R.L. Y
OTROS S/ DESPIDO"* (Expte. N° 62.893/17), que tramita por ante el
Juzgado Nacional del Trabajo N° 46, a mi cargo, Secretaría única a cargo del
Dr. Gustavo Fabián Quintana, sito en calle Lavalle N° 1268, 5° piso, de la
Ciudad Autónoma de Buenos Aires, donde se ha dispuesto librar el exhorto
que se acompaña, dirigido al Señor Juez que corresponda con jurisdicción y
competencia en la ciudad de Newton, condado de Middlesex, estado de
Massachusetts, Estados Unidos de América, a fin de solicitarle se dé trámite al
mismo conforme lo establecido por la Ley 23.480/1986, sobre la Convención
sobre la Obtención de Pruebas en el Extranjero en Materia Civil y Comercial.

 Las resoluciones que ordenan la medida en sus partes pertinentes
dicen: *"Buenos Aires, 30 de julio de 2020 (...) Al punto B), conmoviendo, a la
suscripta, los argumentos esgrimidos por la parte demandada, GRAND
CIRCLE S.R.L., líbrense los oficios dirigidos a Abercrombie & Kent, Furlong
Incoming, Mai10, Oddyseys Unlimited, Vantage Travel, AFIP, de acuerdo a
los dispuesto en los arts. 84 LO y 398 CPCCN. (...)"*. Fdo. MARIA ELVIRA

ROSON (JUEZA NACIONAL). OTRO "*Buenos Aires, 08 de septiembre de 2020 (...) Visto que, el oficio dirigido a Oddysseys Unlimited, ofrecido por la parte demandada GRAND CIRCLE S.R.L., es prueba a producirse en el extranjero, revocase parcialmente, el párrafo 8vo, del auto de fecha 30 de julio de 2020, donde ordena el oficio a la entidad individualizada precedentemente, y en consecuencia, líbrese el correspondiente exhorto a Estados Unidos. (...)*". Fdo. MARIA ELVIRA ROSON (JUEZA NACIONAL).

Quedan autorizados a diligenciar el presente oficio a los Dres. Mariela del Carmen Caparrós D.N.I. N°24.623.440, María Clara Pujol D.N.I N°29.942.591, Andrea Natalia Nalvanti D.N.I. N°31.090.521, Gonzalo Otero Mendiz D.N.I. N°32.701.035, Mariel Alejandra Cannuli D.N.I. N°31.012.598, Guillermo Urruti D.N.I. N°29.261.705, Gustavo Daniel Rubino D.N.I. N°35.325.838, Yanina Gisele Moyano D.N.I. N°33.748.384, Lucía Coromoto Colinas D.N.I. N°38.617.065, Sofia Arfuch D.N.I. N°37.019.029, Agustín Luna García D.N.I. N°39.271.12 y a las Sras. Melanie Moyano D.N.I. N°43.022.347 y Valentina Teisaire D.N.I N°43.036.320, y/o a quienes éstos designen.

En cumplimiento de la normativa vigente se transcriben los arts. 396, 397 y 398 del CPCCN:

ARTÍCULO 396°: Los informes que se soliciten a las oficinas públicas, escribanos con registro y entidades privadas deberán versar sobre hechos concretos, claramente individualizados, controvertidos en el proceso. Procederán únicamente respecto de actos o hechos que resulten de la documentación, archivo o registros contables del informante. Asimismo, podrá requerirse a las oficinas públicas la remisión de expedientes, testimonios o certificados, relacionados con el juicio.

ARTÍCULO 397°: No será admisible el pedido de informes que manifiestamente tienda a sustituir o a ampliar otro medio de prueba que específicamente corresponda por ley o por la naturaleza de los hechos





706

Poder Judicial de la Nación

JUZGADO NACIONAL DE 1RA INSTANCIA DEL TRABAJO
NRO. 46

controvertidos. Cuando el requerimiento fuere procedente, el informe o remisión del expediente sólo podrá ser negado si existiere justa causa de reserva o de secreto, circunstancia que deberá ponerse en conocimiento del juzgado dentro de quinto día de recibido el oficio.

ARTÍCULO 398°: Las oficinas públicas y las entidades privadas deberán contestar el pedido de informes o remitir el expediente dentro de los diez días hábiles, salvo que la providencia que lo haya ordenado hubiere fijado otro plazo en razón de la naturaleza del juicio o de circunstancias especiales. No podrán establecer recaudos que no estuvieran autorizados por ley. Los oficios librados deberán ser recibidos obligatoriamente a su presentación. El juez deberá aplicar sanciones conminatorias progresivas en el supuesto de atraso injustificado en las contestaciones de informes. La apelación que se dedujera contra la resolución que impone sanciones conminatorias tramita en expediente separado. Cuando se tratare de la inscripción de la transferencia de dominio en el Registro de la Propiedad, los oficios que se libren a Obras Sanitarias de la Nación (e.l.) al ente prestador de ese servicio y al Gobierno de la Ciudad de Buenos Aires o Municipio de que se trate, contendrán el apercibimiento de que, si no fueran contestados dentro del plazo de diez días, el bien se inscribirá como si estuviese libre de deudas.

Sin otro particular, saludo a Ud. atentamente.

MARIA ELVIRA ROSON
JUEZA NACIONAL



Signature Not Verified
Digitally signed by MARIA ELVIRA
ROSON
Date: 2022.03.17 18:20:22 ART



#30467596#319850719#20220317153245121

IF-2022-53712183-APN-DAJI#MRE



706

Poder Judicial de la Nación

JUZGADO NACIONAL DE 1RA INSTANCIA DEL TRABAJO
NRO. 46  .



Ciudad Autónoma de Buenos Aires, 17 de marzo 2022.

LA DRA. MARÍA ELVIRA ROSÓN, JUEZA A CARGO DEL JUZGADO
NACIONAL DEL TRABAJO N°46, SECRETARÍA ÚNICA, DE LA
CIUDAD AUTÓNOMA DE BUENOS AIRES, REPÚBLICA ARGENTINA.
AL SEÑOR JUEZ QUE CORRESPONDA CON JURISDICCIÓN Y
COMPETENCIA EN LA CIUDAD DE NEWTON, CONDADO DE
MIDDLESEX, MASSACHUSETTS, ESTADOS UNIDOS DE AMÉRICA.
SALUDA, EXHORTA Y HACE SABER:

Que ante este Juzgado Nacional del Trabajo N° 46, de la Ciudad
Autónoma de Buenos Aires, Secretaría única, a cargo del Dr. Gustavo Fabián
Quintana, con asiento en Lavalle N° 1268, 5° piso, tramitan los autos
caratulados "*SCARPELLI, LUCELIA C/ GRAND CIRCLE ARGENTINA
S.R.L. Y OTROS S/ DESPIDO*", (Expte. N° 62.893/17), en los cuales se ha
dispuesto librar el presente a efecto de requerir a ODYSSEYS UNLIMITIED,
con domicilio en One Newton Place, 275 Washington Street, Ste 300, Newton,
Condado de Middlesex, Massachusetts 02458, Estados Unidos de América, a
fin de que informe si la Sra. Lucelia Scarpelli, Documento Nacional de
Identidad argentino Nro. 30.035.597, fue su empleada en relación de
dependencia y/o proveedora de servicios independientes de guía y/o tour
leader y/o relacionados con el turismo en el período comprendido entre
septiembre de un año y mayo del siguiente, durante los años 2008 a 2017
(ambos inclusive). En su caso informar: (i) qué servicios prestó, (ii) por cuánto
tiempo, (iii) en qué períodos y (iv) cuál fue el carácter de la vinculación
habida. El presente exhorto se libra de conformidad con lo previsto en la Ley
23.480 (que aprueba la Convención sobre obtención de pruebas en el



#30467596#319847674#20220317152556216

IF-2022-53712183-APN-DAJI#MRE

extranjero en materia civil o comercial adoptada en la Ciudad de La Haya el 18/03/1970, por la Conferencia de La Haya en Derecho Internacional Privado).

Que, en cumplimiento de los recaudos dispuestos por dicha normativa, señalo lo siguiente:

1. PARTE ACTORA: LUCELIA SCARPELLI. Con domicilio real en Avenida Corrientes 5.239, Piso 9°, departamento "F", Ciudad Autónoma de Buenos Aires, República Argentina.

2. PARTE DEMANDADA: a) GRAND CIRCLE ARGETINA S.R.L. Con domicilio real en Carlos Pellegrini 635, piso 3°, Ciudad Autónoma de Buenos Aires, República Argentina.

b) GRAND CIRCLE CORPORATION. Con domicilio real en 347 Congress Street, Boston, Massachusetts, Estados Unidos de América.

c) GRAND CIRCLE LLC. Con domicilio real en 347 Congress Street, Boston, Massachusetts, Estados Unidos de América.

d) PABLO ALEJANDRO BIANCHI. Con domicilio real en Méndez de Andes 2055, Ciudad Autónoma de Buenos Aires, República Argentina.

e) MAGDALENA ZOROZA. Con domicilio real en Avenida Cramer 926, Ciudad Autónoma de Buenos Aires, República Argentina.

3. OBJETO DEL JUICIO: Se trata de un juicio de naturaleza laboral por cobro de indemnizaciones derivadas de una alegada falta de registración y un supuesto despido indirecto.

4. MONTO DEL JUICIO: US$ 288.313,35 (dólares estadounidenses doscientos ochenta y ocho mil trecientos trece y treinta y cinco centavos de dólar).

5. PROCEDIMIENTO A REALIZARSE: Orden de libramiento y diligenciamiento de un oficio a Odysseys Unlimited a fin de que informe si la Sra. Lucelia Scarpelli, Documento Nacional de Identidad argentino Nro. 30.035.597, fue su empleada en relación de dependencia y/o proveedora de servicios independientes de guía y/o tour leader y/o relacionados con el


#30467596#319847674#20220317152556216

IF-2022-53712183-APN-DAJI#MRE



706

Poder Judicial de la Nación

JUZGADO NACIONAL DE 1RA INSTANCIA DEL TRABAJO
NRO. 46

turismo en el período comprendido entre septiembre de un año y mayo del
siguiente durante los años 2008 a 2017 (ambos inclusive). En su caso
informar: (i) qué servicios prestó, (ii) por cuánto tiempo, (iii) en qué períodos
y (iv) cuál fue el carácter de la vinculación habida. El Juez interviniente
deberá remitir el pedido de informes a la entidad requerida, la cual deberá
responder por escrito en el plazo prudencial que se fije a tal efecto. La
respuesta escrita deberá estar firmada por funcionario representante de la
entidad. El incumplimiento del requerimiento de informes deberá ser
debidamente sancionado. Las resoluciones que ordenan la medida en sus
partes pertinentes: *"Buenos Aires, 30 de julio de 2020 (...) Al punto B),
conmoviendo, a la suscripta, los argumentos esgrimidos por la parte
demandada, GRAND CIRCLE S.R.L, líbrense los oficios dirigidos a
Abercrombie & Kent, Furlong Incoming, Mai10, Oddyseys Unlimited,
Vantage Travel, AFIP, de acuerdo a los dispuesto en los arts. 84 LO y 398
CPCCN. (...)"*. Fdo. MARIA ELVIRA ROSON (JUEZA NACIONAL). Y
*"Buenos Aires, 08 de septiembre de 2020 (...) Visto que, el oficio dirigido a
Oddysseys Unlimited, ofrecido por la parte demandada GRAND CIRCLE
S.R.L, es prueba a producirse en el extranjero, revocase parcialmente, el
párrafo 8vo, del auto de fecha 30 de julio de 2020, donde ordena el oficio a la
entidad individualizada precedentemente, y en consecuencia, líbrese el
correspondiente exhorto a Estados Unidos (...)"*. Fdo. MARIA ELVIRA
ROSON (JUEZA NACIONAL).

Quedan autorizados a diligenciar el presente oficio a los Dres. Mariela del
Carmen Caparrós D.N.I. N°24.623.440, María Clara Pujol D.N.I.
N°29.942.591, Andrea Natalia Nalvanti D.N.I. N°31.090.521, Gonzalo Otero
Mendiz D.N.I. N°32.701.035, Mariel Alejandra Cannuli D.N.I. N°31.012.598,
Guillermo Urruti D.N.I. N°29.261.705, Gustavo Daniel Rubino D.N.I.
N°35.325.838, Yanina Gisele Moyano D.N.I. N°33.748.384, Lucía Coromoto
Colinas D.N.I. N°38.617.065, Sofia Arfuch D.N.I. N°37.019.029, Agustín
Luna García D.N.I. N°39.271.12 y a las Sras. Melanie Moyano D.N.I.



#30467596#319847674#20220317152556216

IF-2022-53712183-APN-DAJI#MRE

Página 7 de 14

XIX F° 368 (
C.T.P.C.B.A.

N°43.022.347 y Valentina Teisaire D.N.I N°43.036.320, y/o a quienes éstos designen.

Dios guarde a V.S.

MARIA ELVIRA ROSON
JUEZA NACIONAL

GUSTAVO FABIÀN QUINTANA
SECRETARIO

Signature Not Verified
Digitally signed by GUSTAVO
FABIAN QUINTANA
Date: 2022.03.17 15:26:34 ART

Signature Not Verified
Digitally signed by MARIA ELVIRA
ROSON
Date: 2022.03.17 18:20:22 ART



#30467596#319847674#20220317152556216

IF-2022-53712183-APN-DAJI#MRE



República Argentina - Poder Ejecutivo Nacional
Las Malvinas son argentinas

**Hoja Adicional de Firmas**
**Informe gráfico**

**Número:** IF-2022-37631820-APN-DAJI#MRE

CIUDAD DE BUENOS AIRES
Martes 19 de Abril de 2022

**Referencia:** SCARPELLI LUCELIA C GRAND CIRCLE ARGENTINA SRL Y OTROS S- DESPIDO

El documento fue importado por el sistema GEDO con un total de 12 pagina/s.

Digitally signed by Gestion Documental Electronica
Date: 2022.04.19 12:24:50 -03:00

Juan Bernardo Rodriguez Jimenez
Asistente administrativo
Dirección de Asistencia Jurídica Internacional
Ministerio de Relaciones Exteriores, Comercio Internacional y Culto

Digitally signed by Gestion Documental
Electronica
Date: 2022.04.19 12:24:51 -03:00